Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0241

George Trawick v. Terrell Washington and Terrance Pugh (Appeal from Montgomery Circuit Court: CV-21-248).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.